THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-321-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION FOR TRANSPORTATION EXPENSES |
| ALEJANDRO GURANY, | |
| Defendant. | |

THE COURT, having considered the Defendant's motion, and the files and records herein, makes the following findings of fact:

1. The defendant is scheduled to appear for his change of plea hearing on September 25, 2017, at 2:30 p.m. Mr. Gurany resides in El Paso, Texas, and is financially unable to pay for transportation expenses to attend the hearing; and,

2. The interests of justice would be served by the provision of transportation by the government as authorized by 18 U.S.C. § 4285.

IT IS THEREFORE ORDERED that defendant's motion is GRANTED in part, and the United States Marshal is hereby directed to provide defendant with non-custodial transportation from his home in El Paso, Texas, to the Western District of Washington, to-wit including round-trip airfare or ticket to enable him to attend his change of plea hearing on September 25, 2017.

ORDER GRANTING DEFENDANT'S MOTION
FOR TRANSPORTATION EXPENSES
(*U.S. v. Alejandro Gurany,* CR16-321-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Specifically, it is ordered that the U.S. Marshals:

1. Arrange and pay for the Mr. Gurany's non-custodial, roundtrip transportation from El Paso, Texas to Seattle, Washington, arriving in the early morning on September 25, 2017, in order for him to be present in this district for his required court appearance at 2:30 p.m. on September 25, 2017; and then returning to El Paso, Texas on the evening of September 25, 2017.

DONE this 21st day of September, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Alejandro Gurany

ORDER GRANTING DEFENDANT'S MOTION
FOR TRANSPORTATION EXPENSES
(*U.S. v. Alejandro Gurany,* CR16-321-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**