THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALEJANDRO GURANY, Defendant. | No. CR16-321-RSL ORDER GRANTING DEFENDANT'S MOTION FOR TRANSPORTATION EXPENSES FOR SENTENCING HEARING |

THE COURT, having considered the Defendant's motion, and the files and records herein, makes the following findings of fact:

1. The defendant is scheduled to appear for his sentencing hearing on March 2, 2018 at 9:30 am. Mr. Gurany resides in El Paso, Texas, and is financially unable to pay for transportation expenses to attend the hearing; and,

2. The interests of justice would be served by the provision of transportation by the government as authorized by 18 U.S.C. § 4285.

IT IS THEREFORE ORDERED that defendant's motion is GRANTED, and the United States Marshal is hereby directed to provide defendant with the funds necessary for the non-custodial transportation from his home in El Paso, Texas, to the Western District of Washington, including round-trip airfare, not to exceed the amount

ORDER GRANTING DEFENDANT'S MOTION
FOR TRANSPORTATION EXPENSES FOR
SENTENCING HEARING
(*U.S. v. Alejandro Gurany,* CR16-321-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a), to enable him to attend his change of sentencing hearing on March 2, 2018.

Specifically, it is ordered that the U.S. Marshals:

1. Arrange and pay for the Mr. Gurany's non-custodial, roundtrip transportation from El Paso, Texas to Seattle, Washington, arriving on March 1, 2018, in order for him to be present in this district for his required court appearance on March 2, 2018; and then returning to El Paso, Texas on the evening of March 2, 2018.

DONE this 26th day of February, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Alejandro Gurany

ORDER GRANTING DEFENDANT'S MOTION
FOR TRANSPORTATION EXPENSES FOR
SENTENCING HEARING
(*U.S. v. Alejandro Gurany,* CR16-321-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**