THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO GURANY,<br><br>　　　　　Defendant. | No. CR 16-321-RSL<br><br>(~~PROPOSED~~) ORDER ON DEFENDANT'S OBJECTION TO FORWRDING OF PASPORT TO STATE DEPARTMENT AND MOTION FOR RETURN TO DEFENSE COUNSEL |

THIS MATTER having come before the Court on the Defendant's Objection to Forwarding of Passport to Department of State, and Motion for Return to Defense Counsel, and the Court having reviewed the files and records herein, it is hereby

ORDERED that Mr. Gurany's passport shall be returned to defense counsel, who will take custody of it and, in turn, return it to Mr. Gurany when he is released from the custody of the Bureau of Prisons.

DONE this __5th__ day of __April__ 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Federal Public Defender
Attorney for Alejandro Gurany

ORDER re RETURN OF PASSPORT
(Alejandro Gurany; CR16-321RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100